PROB. 12
(Rev. 3/88)

Case 2:05-cr-20044- UNITED STATES DISTRICT COURT Page 1 of 2   PageID 3

for

FILED BY _____ D.C.

05 JUN -8 PM 4: 15

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

05-20044-ML

**WESTERN DISTRICT OF TENNESSEE**

U. S. A. vs. NANCY WHITELEY

Docket No. 2:05CR20044

**Petition on Probation and Supervised Release**

**COMES NOW** _Nicole D. Peterson_, **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of _Nancy Whiteley_, who was placed on supervision by the Honorable _Janet C. Hall_ sitting in the Court at _Bridgeport, Connecticut_, on the _6th_ day of _April_, 20_01_, who fixed the period of supervision at _three (3) years*_, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, as directed by the probation officer which may include testing to determine if the defendant has used drugs or alcohol.

2. The defendant shall participate in mental health counseling, either inpatient or outpatient, as directed by the probation officer.

3. The defendant shall make restitution in the amount of $27,258.00 (Outstanding balance: $24,608) to be paid at the rate of $50.00 per month.

\*   Term of Supervised Release began June 11, 2002.

\*\*  Jurisdiction was transferred to Western District of Tennessee on December 22, 2004.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
(If short insert here; if lengthy write on separate sheet and attach)

Ms. Whiteley has failed to satisfy her restitution obligation of $27,258.00. She continues to owe a balance of $24,608.00. During her term of supervision, Ms. Whiteley has worked sporadically due to domestic violence issues which made it difficult for her to maintain employment. She is actively seeking employment and has just enrolled in school. While employed, Ms. Whiteley made payments of $50.00 per month as directed. She has indicated that she will be able to maintain this payment amount upon finding a new job. In speaking with U.S. Attorney Chris Hassen (District of Connecticut), he indicated that his office would continue to enforce the Court order of $50.00 monthly toward her restitution.

**PRAYING THAT THE COURT WILL ORDER** that Ms. Whiteley's term of Supervised Release be allowed to terminate as scheduled on June 10, 2005 with the understanding that the U.S. Attorney's Office in the District of Connecticut will be responsible for the continued collection of restitution.

| **ORDER OF COURT** | **Respectfully,** |
|---|---|
| Considered and ordered this _8_ day of _June_, 20_05_, and ordered filed and made a part of the records in the above case. | Nicole D. Peterson<br>United States Probation Officer |
| _____<br>United States District Judge | **Place**: _Memphis, Tennessee_<br>**Date**: _June 6, 2005_ |

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _6-9-05_

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CR-20044 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Nancy Whiteley
1901 Hidden Water Dr.
Memphis, TN 38134

Honorable Jon McCalla
US DISTRICT COURT